THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. EUGENE CLEMENTE, Appellant.

*People* v. *Clemente*, 146 App. Div. 109, affirmed.
(Submitted December 20, 1912; decided January 21, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 7, 1911, which affirmed a judgment rendered at a Trial Term for the county of New York upon a verdict convicting the defendant of the crime of manslaughter in the second degree.

*Samuel Wechsler* for appellant.

*Charles S. Whitman, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.

---

EDITH L. KING, Respondent, v. JOSEPH P. BISSELL, Appellant.

*King* v. *Bissell*, 146 App. Div. 880, affirmed.
(Submitted December 20, 1912; decided January 21, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 26, 1911, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover upon a promissory note.

*Franklin Bien* for appellant.

*John G. Jackson* and *Howard Taylor* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.